UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 14 2008
Clerk, U.S. District and
Bankruptcy Courts

|   |   |
|---|---|
| Henry W. Geter II, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0832 |
| Horning Brothers Corporation *et al.*, | ) |
| Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

Royce C. Lamberth
United States District Judge